**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Action Plumbing, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14591A | 10/26/2022 | $1,083.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15551 | 11/18/2022 | $721.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15536 | 11/29/2022 | $617.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15521 | 11/22/2022 | $301.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15515 | 11/22/2022 | $532.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15445 | 11/28/2022 | $2,275.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15044 | 11/25/2022 | $596.27 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14360 | 10/13/2022 | $740.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14665 | 11/4/2022 | $551.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15727 | 11/18/2022 | $564.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14552 | 10/21/2022 | $703.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14550A | 10/26/2022 | $2,121.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14545 | 10/20/2022 | $1,743.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14526 | 10/17/2022 | $534.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14488 | 10/17/2022 | $658.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14467A | 10/26/2022 | $821.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14462A | 10/21/2022 | $1,146.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 14709A | 11/10/2022 | $790.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15895 | 11/18/2022 | $599.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17545 | 1/16/2023 | $499.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17106 | 12/30/2022 | $395.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17096 | 1/12/2023 | $301.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17094 | 12/30/2022 | $484.27 |

Action Plumbing, Inc. (2276553)  
Bankruptcy Case: Bed Bath & Beyond Inc.

May 14, 2024

Exhibit A

P. 1

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17066 | 12/30/2022 | $468.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 16419 | 12/13/2022 | $559.59 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 16317 | 12/7/2022 | $630.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15677 | 11/22/2022 | $1,040.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 16045 | 12/20/2022 | $450.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15678 | 12/21/2022 | $900.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15879 | 11/25/2022 | $745.83 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15874 | 12/20/2022 | $577.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15811 | 11/25/2022 | $1,969.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15787 | 11/25/2022 | $748.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15779 | 11/23/2022 | $748.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 15729 | 11/23/2022 | $745.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 17733 | 1/16/2023 | $836.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112948 | $29,708.56 | 3/3/2023 | 16120 | 12/7/2022 | $505.34 |

**Totals:** 1 transfer(s), $29,708.56